**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**GUY CHOATE and JEFFREY RICKMAN**                                                **PLAINTIFFS**

**V.**                          **4:07-CV-01170-WRW**

**UNITED STATES ARMY CORPS
OF ENGINEERS, et al.**                                                     **DEFENDANTS**

## JUDGMENT

Based on this Order entered today, judgment is entered in favor of Plaintiffs.

IT IS SO ORDERED this 5th day of November, 2008.

                                                       /s/ Wm. R. Wilson, Jr.
                                                       UNITED STATES DISTRICT JUDGE