**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 29, 2009**

Mr. Daniel G. Steele
U. S. Department of Justice - Environment & Natural Resource
Post Office Box 663
Washington , DC 20044-0663

Mr. E. B. Chiles , IV
Quattlebaum, Grooms, Tull & Burrow PLLC - Little Rock
111 Center Street, Suite 1900
Little Rock , AR 72201-3325

    Re: *Choate, et al v. Dept. of Defense, et al*, 4:07-CV-01170-WRW

Dear Counsel:

I have received Plaintiffs' Motion for Attorney Fees and Costs, which was filed on April 14, 2009.[1]

I assume that since you have not filed a response,[2] you agree with Plaintiffs' position. If you choose not to respond by 5:00 p.m., Tuesday, May 5, 2009, I will grant the motion.

                                      Cordially,

                                      /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] Doc. No. 76.

[2] The response was due Tuesday, April 28, 2009.